

**INVESTOR NOTICE: The Rosen Law Firm Files Class Action on Behalf of Alternate Energy Holdings, Inc. Shareholders -- AEHI**

NEW YORK, Jan. 7, 2011 (GLOBE NEWSWIRE) -- The Rosen Law Firm, P.A. today announced that it has filed a class action lawsuit on behalf of investors who purchased common stock of Alternate Energy Holdings, Inc. ("Alternate Energy" or the "Company") (OTCQB:AEHI) during the period between September 20, 2006 through December 14, 2010, inclusive (the "Class Period").

To join the Alternate Energy class action, visit the firm's website at http://www.rosenlegal.com, or call Laurence Rosen, Esq. or Phillip Kim, Esq., toll-free, at 866-767-3653; you may also e-mail lrosen@rosenlegal.com or pkim@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY CHOOSE TO DO NOTHING AT THIS POINT AND REMAIN AN ABSENT CLASS MEMBER.

The Complaint alleges that Alternate Energy and certain of its officers and directors misrepresented the Company's business condition, manipulated its stock price, and concealed secret profits that were reaped by the Company's CEO, Donald L. Gillispie ("Gillispie"), and its Senior Vice President of Administration, Jennifer Ransom ("Ransom").

In particular, the Complaint asserts that Gillispie, with the aid of Ransom, engaged in a scheme to manipulate and artificially inflate the market price of Alternate Energy stock by (1) paying stock promoters to create artificial demand in the marketplace through end of day stock purchases; (2) misrepresenting that the Company's officers and directors never sold any shares of the Company's stock; and (3) misrepresenting the Company's true financial condition and potential business prospects. On December 16, 2010, the United States Securities & Exchange Commission ("SEC") filed a lawsuit against Alternate Energy, Gillispie, and Ransom. Two days prior, on December 14, 2010, the SEC issued an order temporarily suspending trading of the Company's common stock. As a result of the alleged fraud, Alternate Energy's shareholders have been damaged.

If you wish to serve as lead plaintiff, you must move the Court no later than March 8, 2011. If you wish to join the litigation, or to discuss your rights or interests regarding this class action, please contact Laurence Rosen, Esq. or Phillip Kim, Esq. of The Rosen Law Firm, toll-free, at 866-767-3653, or via e-mail at lrosen@rosenlegal.com or pkim@rosenlegal.com. The class action is pending in the U.S. District Court for the District of Idaho.

The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

```
CONTACT: Laurence Rosen, Esq.
         Phillip Kim, Esq.
         The Rosen Law Firm, P.A.
         275 Madison Avenue, 34th Floor
         New York, New York 10016
         Tel: (212) 686-1060
```

**Other Company Press Releases**

The Rosen Law Firm Announces Filing of Securities Class Action Against Itron, Inc. -- ITRI - Feb 25, 2011 17:59 ET

Rosen Law Firm -- Representing China Agritech, Inc. Shareholders -- Reminds Investors of Important April 12, 2011 Deadline in Class Action -- CAGC - Feb 18, 2011 19:38 ET

Rosen Law Firm -- Representing Tongxin International Ltd. Shareholders -- Reminds Investors of Important March 4, 2011 Deadline in Class Action -- TXIC - Feb 18, 2011 19:33 ET

Rosen Law Firm Reminds China MediaExpress Holdings, Inc. Investors of Important April 5, 2011 Deadline in Class Action -- CCME - Feb 18, 2011 19:26 ET

The Rosen Law Firm Announces Investigation of Securities Claims Against China MediaExpress Holdings, Inc. - Feb 3, 2011 15:52 ET

More >>

**Related News**

- CLASS ACTION LAWSUITS

**Blogging/Bookmarking**

Blogger
Blog Search

```
Weekends Tel: (917) 797-4425
Toll Free: 1-866-767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
www.rosenlegal.com
```



Digg
del.icio.us
Facebook
Google Bookmarks
Newsvine
Reddit
StumbleUpon
Technorati
Yahoo MyWeb

Home | Services | Newsroom | About Us | Contact Us | Site Map
Sign up for New Membership | Job Opportunities

© 2011 GlobeNewswire, Inc. All Rights Reserved.