# Exhibit B

## CERTIFICATE OF PLAINTIFF

I, George C. Walker III, hereby certify that:

1. I am familiar with the matters set forth herein.

2. I have reviewed a complaint prepared by my attorneys, Gold Bennett Cera & Sidener LLP, and agree to be a representative plaintiff in this action.

3. I did not purchase Alternate Energy Holdings, Inc. ("Alternate Energy") securities that are the subject of the complaint at the direction of counsel or to participate in any private action arising under the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995. I invested in Alternative Energy securities solely for my personal investment purposes.

4. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. I have reviewed my records of transactions in Alternate Energy securities. I purchased and/or sold Alternate Energy securities in the amounts and on the dates identified in the attachment hereto.

**[SEE ATTACHED SCHEDULE]**

6. In the three years preceding the date of this certificate, I have not sought to serve as a representative party on behalf of a class in an action brought under the federal securities laws.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses

#123546

-1-

directly relating to the representation of the Class and my activities in the lawsuit, as ordered or approved by the Court.

8. Nothing herein shall be construed to be or constitute a waiver of my attorney-client privilege.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2011.

_____
George C. Walker III

#123546

**ALTERNATE ENERGY INC.**
**IRA ACCOUNT**

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---:|---:|---:|
| 10/27/09 | AEHI | BUY | 100,000 | 0.1051 | 10,510.00 |
| 01/13/10 | AEHI | BUY | 50,000 | 0.1651 | 8,255.00 |
| 01/13/10 | AEHI | BUY | 50,000 | 0.1651 | 8,255.00 |
| 01/13/10 | AEHI | SELL | 2,750 | 0.1250 | 343.75 |
| 01/13/10 | AEHI | SELL | 2,500 | 0.1250 | 312.50 |
| 01/13/10 | AEHI | SELL | 7,750 | 0.1250 | 968.75 |
| 01/13/10 | AEHI | SELL | 2,500 | 0.1250 | 312.50 |
| 01/13/10 | AEHI | SELL | 2,000 | 0.1250 | 250.00 |
| 01/13/10 | AEHI | SELL | 30,000 | 0.1250 | 3,750.00 |
| 01/13/10 | AEHI | SELL | 2,500 | 0.1250 | 312.50 |
| 01/13/10 | AEHI | SELL | 50,000 | 0.1250 | 6,250.00 |
| 06/08/10 | AEHI | SELL | 1,000 | 0.5100 | 510.00 |
| 06/08/10 | AEHI | SELL | 100 | 0.5100 | 51.00 |
| 06/08/10 | AEHI | SELL | 100 | 0.5100 | 51.00 |
| 06/08/10 | AEHI | SELL | 1,200 | 0.5100 | 612.00 |
| 06/08/10 | AEHI | SELL | 100 | 0.5100 | 51.00 |
| 06/09/10 | AEHI | SELL | 22,828 | 0.4700 | 10,729.16 |
| 06/09/10 | AEHI | SELL | 21,922 | 0.4700 | 10,303.34 |
| 06/09/10 | AEHI | SELL | 100 | 0.4700 | 47.00 |
| 06/09/10 | AEHI | SELL | 200 | 0.4700 | 94.00 |
| 06/09/10 | AEHI | SELL | 200 | 0.4700 | 94.00 |
| 06/09/10 | AEHI | SELL | 100 | 0.4700 | 47.00 |
| 06/09/10 | AEHI | SELL | 1,250 | 0.4700 | 587.50 |
| 06/09/10 | AEHI | SELL | 25,000 | 0.4700 | 11,750.00 |
| 06/09/10 | AEHI | SELL | 25,000 | 0.4700 | 11,750.00 |
| 06/09/10 | AEHI | SELL | 800 | 0.4700 | 376.00 |
| 06/09/10 | AEHI | SELL | 100 | 0.4700 | 47.00 |
| 06/14/10 | AEHI | BUY | 5,000 | 0.4400 | 2,200.00 |
| 06/14/10 | AEHI | BUY | 5,000 | 0.4400 | 2,200.00 |
| 06/14/10 | AEHI | BUY | 10,000 | 0.4400 | 4,400.00 |
| 06/14/10 | AEHI | BUY | 15,000 | 0.4400 | 6,600.00 |
| 06/15/10 | AEHI | BUY | 21,100 | 0.4700 | 9,917.00 |
| 06/15/10 | AEHI | BUY | 8,000 | 0.4700 | 3,760.00 |
| 06/15/10 | AEHI | BUY | 8,500 | 0.4700 | 3,995.00 |
| 06/15/10 | AEHI | BUY | 15,000 | 0.4700 | 7,050.00 |
| 06/15/10 | AEHI | BUY | 10,000 | 0.4700 | 4,700.00 |
| 06/15/10 | AEHI | BUY | 10,000 | 0.4700 | 4,700.00 |
| 06/18/10 | AEHI | BUY | 361 | 0.3900 | 140.79 |
| 06/18/10 | AEHI | BUY | 12,500 | 0.3910 | 4,887.50 |
| 06/18/10 | AEHI | BUY | 2,539 | 0.3910 | 992.75 |
| 06/18/10 | AEHI | BUY | 10,000 | 0.3910 | 3,910.00 |
| 07/30/10 | AEHI | BUY | 14,839 | 0.5326 | 7,903.25 |
| 07/30/10 | AEHI | BUY | 17,161 | 0.5326 | 9,139.95 |
| 07/30/10 | AEHI | BUY | 1,000 | 0.5326 | 532.60 |
| 11/05/10 | AEHI | SELL | 2,500 | 0.5900 | 1,475.00 |

## ALTERNATE ENERGY INC.
## IRA ACCOUNT

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---|---|---|
| 11/05/10 | AEHI | SELL | 200 | 0.5950 | 119.00 |
| 11/05/10 | AEHI | SELL | 6,200 | 0.5900 | 3,658.00 |
| 11/05/10 | AEHI | SELL | 20,000 | 0.5950 | 11,900.00 |
| 11/05/10 | AEHI | SELL | 2,500 | 0.5900 | 1,475.00 |
| 11/05/10 | AEHI | SELL | 8,300 | 0.5950 | 4,938.50 |
| 11/08/10 | AEHI | BUY | 9,488 | 0.5620 | 5,332.26 |
| 11/08/10 | AEHI | BUY | 10,000 | 0.5620 | 5,620.00 |
| 11/08/10 | AEHI | BUY | 10,000 | 0.5620 | 5,620.00 |
| 11/08/10 | AEHI | BUY | 2,000 | 0.5620 | 1,124.00 |
| 11/08/10 | AEHI | BUY | 10,000 | 0.5620 | 5,620.00 |

**ALTERNATE ENERGY INC.**
**ROTH IRA**

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---|---|---|
| 09/20/10 | AEHI | BUY | 700 | 0.8705 | 609.35 |
| 09/20/10 | AEHI | BUY | 5200 | 0.8705 | 4,526.60 |
| 09/21/10 | AEHI | BUY | 25994 | 0.8705 | 22,627.78 |
| 09/21/10 | AEHI | BUY | 5000 | 0.8705 | 4,352.50 |
| 09/21/10 | AEHI | BUY | 1300 | 0.8705 | 1,131.65 |
| 09/21/10 | AEHI | BUY | 10000 | 0.8705 | 8,705.00 |
| 09/21/10 | AEHI | BUY | 500 | 0.8705 | 435.25 |
| 09/21/10 | AEHI | BUY | 2500 | 0.8705 | 2,176.25 |
| 09/21/10 | AEHI | BUY | 2600 | 0.8705 | 2,263.30 |
| 09/21/10 | AEHI | BUY | 5000 | 0.8705 | 4,352.50 |
| 09/21/10 | AEHI | BUY | 12000 | 0.8705 | 10,446.00 |
| 09/21/10 | AEHI | BUY | 5000 | 0.8705 | 4,352.50 |
| 09/21/10 | AEHI | BUY | 5000 | 0.8705 | 4,352.50 |
| 09/21/10 | AEHI | BUY | 10025 | 0.8705 | 8,726.76 |
| 09/21/10 | AEHI | BUY | 1000 | 0.8705 | 870.50 |
| 09/21/10 | AEHI | BUY | 7500 | 0.8705 | 6,528.75 |
| 09/21/10 | AEHI | BUY | 7500 | 0.8705 | 6,528.75 |
| 09/21/10 | AEHI | BUY | 2500 | 0.8705 | 2,176.25 |
| 09/21/10 | AEHI | BUY | 500 | 0.8705 | 435.25 |
| 09/21/10 | AEHI | BUY | 10000 | 0.8705 | 8,705.00 |
| 09/21/10 | AEHI | BUY | 2500 | 0.8705 | 2,176.25 |
| 09/21/10 | AEHI | BUY | 581 | 0.8705 | 505.76 |
| 09/21/10 | AEHI | BUY | 8000 | 0.8705 | 6,964.00 |
| 09/21/10 | AEHI | BUY | 2100 | 0.8700 | 1,827.00 |
| 10/08/10 | AEHI | BUY | 2080 | 0.7500 | 1,560.00 |
| 11/05/10 | AEHI | SELL | 2500 | 0.5800 | 1,450.00 |
| 11/05/10 | AEHI | SELL | 100 | 0.5800 | 58.00 |
| 11/05/10 | AEHI | SELL | 7000 | 0.5800 | 4,060.00 |
| 11/05/10 | AEHI | SELL | 850 | 0.5800 | 493.00 |
| 11/05/10 | AEHI | SELL | 700 | 0.5800 | 406.00 |
| 11/05/10 | AEHI | SELL | 100 | 0.5800 | 58.00 |
| 11/05/10 | AEHI | SELL | 2500 | 0.5800 | 1,450.00 |
| 11/05/10 | AEHI | SELL | 3400 | 0.5800 | 1,972.00 |
| 11/05/10 | AEHI | SELL | 1000 | 0.5800 | 580.00 |
| 11/05/10 | AEHI | SELL | 5000 | 0.5800 | 2,900.00 |
| 11/05/10 | AEHI | SELL | 100 | 0.5800 | 58.00 |
| 11/05/10 | AEHI | SELL | 1500 | 0.5800 | 870.00 |
| 11/05/10 | AEHI | SELL | 12500 | 0.5800 | 7,250.00 |
| 11/05/10 | AEHI | SELL | 25000 | 0.5800 | 14,500.00 |
| 11/05/10 | AEHI | SELL | 160 | 0.5800 | 92.80 |
| 11/05/10 | AEHI | SELL | 2000 | 0.5800 | 1,160.00 |
| 11/05/10 | AEHI | SELL | 1000 | 0.5800 | 580.00 |
| 11/05/10 | AEHI | SELL | 5000 | 0.5800 | 2,900.00 |
| 11/05/10 | AEHI | SELL | 5000 | 0.5800 | 2,900.00 |
| 11/05/10 | AEHI | SELL | 200 | 0.5800 | 116.00 |
| 11/05/10 | AEHI | SELL | 1000 | 0.5800 | 580.00 |

**ALTERNATE ENERGY INC.**
**ROTH IRA**

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---|---|---|
| 11/05/10 | AEHI | SELL | 6000 | 0.5800 | 3,480.00 |
| 11/05/10 | AEHI | SELL | 10000 | 0.5800 | 5,800.00 |
| 11/08/10 | AEHI | BUY | 51308 | 0.5590 | 28,681.17 |
| 11/08/10 | AEHI | BUY | 600 | 0.5590 | 335.40 |
| 11/08/10 | AEHI | BUY | 300 | 0.5590 | 167.70 |
| 11/08/10 | AEHI | BUY | 42300 | 0.5590 | 23,645.70 |
| 11/08/10 | AEHI | BUY | 600 | 0.5590 | 335.40 |

## ALTERNATE ENERGY INC.
## PERSONAL ACCOUNT

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---:|---:|---:|
| 01/14/10 | AEHI | BUY | 125 | 0.1715 | 21.44 |
| 01/14/10 | AEHI | BUY | 9,000 | 0.1715 | 1,543.50 |
| 06/08/10 | AEHI | SELL | 9,125 | 0.5000 | 4,562.50 |
| 06/15/10 | AEHI | BUY | 1,285 | 0.4800 | 616.80 |
| 06/15/10 | AEHI | BUY | 5,000 | 0.4850 | 2,425.00 |
| 06/15/10 | AEHI | BUY | 1,000 | 0.4850 | 485.00 |
| 06/15/10 | AEHI | BUY | 2,000 | 0.4850 | 970.00 |
| 09/20/10 | AEHI | BUY | 2,850 | 0.9225 | 2,629.13 |

## ALTERNATE ENERGY INC.
## CUSTODIAL ACCOUNT
## MADISON ELIZABETH WALKER

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---|---|---|
| 05/27/10 | AEHI | BUY  | 1,674 | 0.5600 | 937.44 |
| 11/05/10 | AEHI | SELL |   574 | 0.5800 | 332.92 |
| 11/05/10 | AEHI | SELL |   100 | 0.5800 |  58.00 |
| 11/05/10 | AEHI | SELL | 1,000 | 0.5800 | 580.00 |
| 11/08/10 | AEHI | BUY  | 1,204 | 0.5610 | 675.44 |
| 11/08/10 | AEHI | BUY  |   500 | 0.5600 | 280.00 |