Exhibit C

## ALTERNATE ENERGY INC.
## IRA ACCOUNT

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---|---|---|
| 10/27/09 | AEHI | BUY | 100,000 | 0.1051 | 10,510.00 |
| 01/13/10 | AEHI | BUY | 50,000 | 0.1651 | 8,255.00 |
| 01/13/10 | AEHI | BUY | 50,000 | 0.1651 | 8,255.00 |
| 01/13/10 | AEHI | SELL | 2,750 | 0.1250 | 343.75 |
| 01/13/10 | AEHI | SELL | 2,500 | 0.1250 | 312.50 |
| 01/13/10 | AEHI | SELL | 7,750 | 0.1250 | 968.75 |
| 01/13/10 | AEHI | SELL | 2,500 | 0.1250 | 312.50 |
| 01/13/10 | AEHI | SELL | 2,000 | 0.1250 | 250.00 |
| 01/13/10 | AEHI | SELL | 30,000 | 0.1250 | 3,750.00 |
| 01/13/10 | AEHI | SELL | 2,500 | 0.1250 | 312.50 |
| 01/13/10 | AEHI | SELL | 50,000 | 0.1250 | 6,250.00 |
| 06/08/10 | AEHI | SELL | 1,000 | 0.5100 | 510.00 |
| 06/08/10 | AEHI | SELL | 100 | 0.5100 | 51.00 |
| 06/08/10 | AEHI | SELL | 100 | 0.5100 | 51.00 |
| 06/08/10 | AEHI | SELL | 1,200 | 0.5100 | 612.00 |
| 06/08/10 | AEHI | SELL | 100 | 0.5100 | 51.00 |
| 06/09/10 | AEHI | SELL | 22,828 | 0.4700 | 10,729.16 |
| 06/09/10 | AEHI | SELL | 21,922 | 0.4700 | 10,303.34 |
| 06/09/10 | AEHI | SELL | 100 | 0.4700 | 47.00 |
| 06/09/10 | AEHI | SELL | 200 | 0.4700 | 94.00 |
| 06/09/10 | AEHI | SELL | 200 | 0.4700 | 94.00 |
| 06/09/10 | AEHI | SELL | 100 | 0.4700 | 47.00 |
| 06/09/10 | AEHI | SELL | 1,250 | 0.4700 | 587.50 |
| 06/09/10 | AEHI | SELL | 25,000 | 0.4700 | 11,750.00 |
| 06/09/10 | AEHI | SELL | 25,000 | 0.4700 | 11,750.00 |
| 06/09/10 | AEHI | SELL | 800 | 0.4700 | 376.00 |
| 06/09/10 | AEHI | SELL | 100 | 0.4700 | 47.00 |
| 06/14/10 | AEHI | BUY | 5,000 | 0.4400 | 2,200.00 |
| 06/14/10 | AEHI | BUY | 5,000 | 0.4400 | 2,200.00 |
| 06/14/10 | AEHI | BUY | 10,000 | 0.4400 | 4,400.00 |
| 06/14/10 | AEHI | BUY | 15,000 | 0.4400 | 6,600.00 |
| 06/15/10 | AEHI | BUY | 21,100 | 0.4700 | 9,917.00 |
| 06/15/10 | AEHI | BUY | 8,000 | 0.4700 | 3,760.00 |
| 06/15/10 | AEHI | BUY | 8,500 | 0.4700 | 3,995.00 |
| 06/15/10 | AEHI | BUY | 15,000 | 0.4700 | 7,050.00 |
| 06/15/10 | AEHI | BUY | 10,000 | 0.4700 | 4,700.00 |
| 06/15/10 | AEHI | BUY | 10,000 | 0.4700 | 4,700.00 |
| 06/18/10 | AEHI | BUY | 361 | 0.3900 | 140.79 |
| 06/18/10 | AEHI | BUY | 12,500 | 0.3910 | 4,887.50 |
| 06/18/10 | AEHI | BUY | 2,539 | 0.3910 | 992.75 |
| 06/18/10 | AEHI | BUY | 10,000 | 0.3910 | 3,910.00 |
| 07/30/10 | AEHI | BUY | 14,839 | 0.5326 | 7,903.25 |
| 07/30/10 | AEHI | BUY | 17,161 | 0.5326 | 9,139.95 |
| 07/30/10 | AEHI | BUY | 1,000 | 0.5326 | 532.60 |
| 11/05/10 | AEHI | SELL | 2,500 | 0.5900 | 1,475.00 |

**ALTERNATE ENERGY INC.**
**IRA ACCOUNT**

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|------|--------|-------|--------|-----------------|--------|
| 11/05/10 | AEHI | SELL | 200 | 0.5950 | 119.00 |
| 11/05/10 | AEHI | SELL | 6,200 | 0.5900 | 3,658.00 |
| 11/05/10 | AEHI | SELL | 20,000 | 0.5950 | 11,900.00 |
| 11/05/10 | AEHI | SELL | 2,500 | 0.5900 | 1,475.00 |
| 11/05/10 | AEHI | SELL | 8,300 | 0.5950 | 4,938.50 |
| 11/08/10 | AEHI | BUY | 9,488 | 0.5620 | 5,332.26 |
| 11/08/10 | AEHI | BUY | 10,000 | 0.5620 | 5,620.00 |
| 11/08/10 | AEHI | BUY | 10,000 | 0.5620 | 5,620.00 |
| 11/08/10 | AEHI | BUY | 2,000 | 0.5620 | 1,124.00 |
| 11/08/10 | AEHI | BUY | 10,000 | 0.5620 | 5,620.00 |

**TOTAL SHARES PURCHASED DURING CLASS PERIOD**   407,488

TOTAL PURCHASED PRICE   $ 127,365.10

TOTAL SHARES SOLD   239,700

**NET SHARES PURCHASED DURING CLASS PERIOD**   167,788

TOTAL RECEIVED FROM SALES   $  83,165.50

**NET FUNDS EXPENDED DURING CLASS PERIOD**   $  44,199.60

NET GAIN/LOSS SOLD SHARES   $  35,950.00

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|------|--------|-------|--------|-----------------|--------|
| 12/27/10 | AEHI | SELL | 167,788 | 0.1000 | 16,667.61 |

NET GAIN/LOSS RETAINED SHARES   $ (63,481.99)

**THE APPROXIMATE LOSS**   $ (27,531.99)

**ALTERNATE ENERGY INC.**
**ROTH IRA**

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|------|--------|-------|--------|-----------------|--------|
| 09/20/10 | AEHI | BUY | 700 | 0.8705 | 609.35 |
| 09/20/10 | AEHI | BUY | 5200 | 0.8705 | 4,526.60 |
| 09/21/10 | AEHI | BUY | 25994 | 0.8705 | 22,627.78 |
| 09/21/10 | AEHI | BUY | 5000 | 0.8705 | 4,352.50 |
| 09/21/10 | AEHI | BUY | 1300 | 0.8705 | 1,131.65 |
| 09/21/10 | AEHI | BUY | 10000 | 0.8705 | 8,705.00 |
| 09/21/10 | AEHI | BUY | 500 | 0.8705 | 435.25 |
| 09/21/10 | AEHI | BUY | 2500 | 0.8705 | 2,176.25 |
| 09/21/10 | AEHI | BUY | 2600 | 0.8705 | 2,263.30 |
| 09/21/10 | AEHI | BUY | 5000 | 0.8705 | 4,352.50 |
| 09/21/10 | AEHI | BUY | 12000 | 0.8705 | 10,446.00 |
| 09/21/10 | AEHI | BUY | 5000 | 0.8705 | 4,352.50 |
| 09/21/10 | AEHI | BUY | 5000 | 0.8705 | 4,352.50 |
| 09/21/10 | AEHI | BUY | 10025 | 0.8705 | 8,726.76 |
| 09/21/10 | AEHI | BUY | 1000 | 0.8705 | 870.50 |
| 09/21/10 | AEHI | BUY | 7500 | 0.8705 | 6,528.75 |
| 09/21/10 | AEHI | BUY | 7500 | 0.8705 | 6,528.75 |
| 09/21/10 | AEHI | BUY | 2500 | 0.8705 | 2,176.25 |
| 09/21/10 | AEHI | BUY | 500 | 0.8705 | 435.25 |
| 09/21/10 | AEHI | BUY | 10000 | 0.8705 | 8,705.00 |
| 09/21/10 | AEHI | BUY | 2500 | 0.8705 | 2,176.25 |
| 09/21/10 | AEHI | BUY | 581 | 0.8705 | 505.76 |
| 09/21/10 | AEHI | BUY | 8000 | 0.8705 | 6,964.00 |
| 09/21/10 | AEHI | BUY | 2100 | 0.8700 | 1,827.00 |
| 10/08/10 | AEHI | BUY | 2080 | 0.7500 | 1,560.00 |
| 11/05/10 | AEHI | SELL | 2500 | 0.5800 | 1,450.00 |
| 11/05/10 | AEHI | SELL | 100 | 0.5800 | 58.00 |
| 11/05/10 | AEHI | SELL | 7000 | 0.5800 | 4,060.00 |
| 11/05/10 | AEHI | SELL | 850 | 0.5800 | 493.00 |
| 11/05/10 | AEHI | SELL | 700 | 0.5800 | 406.00 |
| 11/05/10 | AEHI | SELL | 100 | 0.5800 | 58.00 |
| 11/05/10 | AEHI | SELL | 2500 | 0.5800 | 1,450.00 |
| 11/05/10 | AEHI | SELL | 3400 | 0.5800 | 1,972.00 |
| 11/05/10 | AEHI | SELL | 1000 | 0.5800 | 580.00 |
| 11/05/10 | AEHI | SELL | 5000 | 0.5800 | 2,900.00 |
| 11/05/10 | AEHI | SELL | 100 | 0.5800 | 58.00 |
| 11/05/10 | AEHI | SELL | 1500 | 0.5800 | 870.00 |
| 11/05/10 | AEHI | SELL | 12500 | 0.5800 | 7,250.00 |
| 11/05/10 | AEHI | SELL | 25000 | 0.5800 | 14,500.00 |
| 11/05/10 | AEHI | SELL | 160 | 0.5800 | 92.80 |
| 11/05/10 | AEHI | SELL | 2000 | 0.5800 | 1,160.00 |
| 11/05/10 | AEHI | SELL | 1000 | 0.5800 | 580.00 |
| 11/05/10 | AEHI | SELL | 5000 | 0.5800 | 2,900.00 |
| 11/05/10 | AEHI | SELL | 5000 | 0.5800 | 2,900.00 |
| 11/05/10 | AEHI | SELL | 200 | 0.5800 | 116.00 |
| 11/05/10 | AEHI | SELL | 1000 | 0.5800 | 580.00 |

**ALTERNATE ENERGY INC.**
**ROTH IRA**

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---|---|---|
| 11/05/10 | AEHI | SELL | 6000 | 0.5800 | 3,480.00 |
| 11/05/10 | AEHI | SELL | 10000 | 0.5800 | 5,800.00 |
| 11/08/10 | AEHI | BUY | 51308 | 0.5590 | 28,681.17 |
| 11/08/10 | AEHI | BUY | 600 | 0.5590 | 335.40 |
| 11/08/10 | AEHI | BUY | 300 | 0.5590 | 167.70 |
| 11/08/10 | AEHI | BUY | 42300 | 0.5590 | 23,645.70 |
| 11/08/10 | AEHI | BUY | 600 | 0.5590 | 335.40 |

**TOTAL SHARES PURCHASED DURING CLASS PERIOD**  230,188

**TOTAL PURCHASED PRICE**  $ 170,500.82

**TOTAL SHARES SOLD**  92,610

**NET SHARES PURCHASED DURING CLASS PERIOD**  137,578

**TOTAL RECEIVED FROM SALES**  $ 53,713.80

**NET FUNDS EXPENDED DURING CLASS PERIOD**  $ 116,787.02

**NET GAIN/LOSS SOLD SHARES**  $ (26,651.51)

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|---|---|---|---|---|---|
| 12/27/10 | AEHI | SELL | 137,578 | 0.1000 | 13,661.75 |

**NET GAIN/LOSS RETAINED SHARES**  $ (76,473.76)

**THE APPROXIMATE LOSS**  (103,125.27)

**ALTERNATE ENERGY INC.**
**PERSONAL ACCOUNT**

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|------|--------|-------|--------|-----------------|--------|
| 01/14/10 | AEHI | BUY | 125 | 0.1715 | 21.44 |
| 01/14/10 | AEHI | BUY | 9,000 | 0.1715 | 1,543.50 |
| 06/08/10 | AEHI | SELL | 9,125 | 0.5000 | 4,562.50 |
| 06/15/10 | AEHI | BUY | 1,285 | 0.4800 | 616.80 |
| 06/15/10 | AEHI | BUY | 5,000 | 0.4850 | 2,425.00 |
| 06/15/10 | AEHI | BUY | 1,000 | 0.4850 | 485.00 |
| 06/15/10 | AEHI | BUY | 2,000 | 0.4850 | 970.00 |
| 09/20/10 | AEHI | BUY | 2,850 | 0.9225 | 2,629.13 |

**TOTAL SHARES PURCHASED DURING CLASS PERIOD**   21,260

TOTAL PURCHASED PRICE   $ 8,690.86

TOTAL SHARES SOLD   9,125

**NET SHARES PURCHASED DURING CLASS PERIOD**   12,135

TOTAL RECEIVED FROM SALES   $ 4,562.50

**NET FUNDS EXPENDED DURING CLASS PERIOD**   $ 4,128.36

NET GAIN/LOSS SOLD SHARES   $ 2,997.56

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|------|--------|-------|--------|-----------------|--------|
| 12/29/10 | | SELL | 12,135 | 0.1000 | 1,180.40 |

NET GAIN/LOSS RETAINED SHARES   (5,945.53)

**THE APPROXIMATE LOSS**   (2,947.97)

**ALTERNATE ENERGY INC.**
**CUSTODIAL ACCOUNT**
**MADISON ELIZABETH WALKER**

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|------|--------|-------|--------|-----------------|--------|
| 05/27/10 | AEHI | BUY | 1,674 | 0.5600 | 937.44 |
| 11/05/10 | AEHI | SELL | 574 | 0.5800 | 332.92 |
| 11/05/10 | AEHI | SELL | 100 | 0.5800 | 58.00 |
| 11/05/10 | AEHI | SELL | 1,000 | 0.5800 | 580.00 |
| 11/08/10 | AEHI | BUY | 1,204 | 0.5610 | 675.44 |
| 11/08/10 | AEHI | BUY | 500 | 0.5600 | 280.00 |

**TOTAL SHARES PURCHASED DURING CLASS PERIOD**   3,378

TOTAL PURCHASED PRICE DURING CLASS PERIOD          $ 1,892.88

TOTAL SHARES SOLD                                  1,674

**NET SHARES PURCHASED DURING CLASS PERIOD**   1,704

TOTAL RECEIVED FROM SALES                          $   970.92

**NET FUNDS EXPENDED DURING CLASS PERIOD**         $   921.96

NET GAIN/LOSS SOLD SHARES                          $    33.48

| Date | Symbol | Desc. | Shares | Price Per Share | Amount |
|------|--------|-------|--------|-----------------|--------|
| 12/27/2010 | AEHI | SELL | 1,704 | 0.1000 | 145.53 |

NET GAIN/LOSS RETAINED SHARES                      $  (809.91)

**THE APPROXIMATE LOSS**                           (776.43)

**ALTERNATE ENERGY INC.**
**WALKER ACCOUNTS**

| | |
|---|---|
| **TOTAL SHARES PURCHASED DURING CLASS PERIOD** | 662,314 |
| **NET SHARES PURCHASED DURING CLASS PERIOD** | 319,205 |
| **NET FUNDS EXPENDED DURING CLASS PERIOD** | $ 166,036.95 |
| **APPROXIMATE LOSS** | $ (134,381.66) |