# EXHIBIT 3

| NAME | DATE BOUGHT | # SHARES | $ PER SHARE | COST | DATE SOLD | # SHARES SOLD | $ PER SHARE | PROCEEDS | # SHARES RETAINED | Lookback $ Value RETAINED SHARES | APPROXIMATE LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jerry Pehlke, Jr. | 10/1/2010 | 650,000 | ($0.85) | ($552,500.00) | 12/29/2010 | 650,000 | $0.08 | $52,000.00 | | | ($500,500.00) |