GORDON LAW OFFICES
Philip Howard Gordon
pgordon@gordonlawoffices.com
623 W Hays
Boise, ID 83702-5512
Telephone: (208) 345-7100
Facsimile: (208) 345-0050

*[Proposed] Liaison Counsel for the Class*

RIGRODSKY & LONG, P.A.
Seth D. Rigrodsky
sdr@rigrodskylong.com
Timothy J. MacFall
tjm@rigrodskylong.com
Scott J. Farrell
sjf@rigrodskylong.com
585 Stewart Avenue, Suite 304
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile:  (302) 654-7530

*[Proposed] Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE TEAGUE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> ALTERNATE ENERGY HOLDINGS, INC., DONALD L. GILLESPIE, AND JENNIFER RANSOM, <br><br> Defendants. | Civil Action No. 1:10-cv-00634-BLW <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER APPOINTING LEAD**
**<u>PLAINTIFFS AND APPROVING SELECTION OF COUNSEL</u>**

Having considered the motion of class members Alan Ginsberg and David Stinnett to be appointed as lead plaintiffs, and for approval of their selection of Lead Counsel and Liaison Counsel (the "Motion"), and all the papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. Movants Alan Ginsberg and David Stinnett are hereby appointed as Lead Plaintiffs for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

3. The law firm of Rigrodsky & Long, P.A. is hereby approved as Lead Counsel for the Class, and the Gordon Law Firm is hereby approved as Liaison Counsel for the Class.

**IT IS SO ORDERED.**

Dated: _____

_____