GORDON LAW OFFICES
Philip H. Gordon, ISBN 1996
pgordon@gordonlawoffices.com
Bruce S. Bistline, ISBN 1988
bbistline@gordonlawoffices.com
623 W. Hays Street
Boise, ID 83702
Telephone: (208) 345-7100
Facsimile: (208) 345-0050

*[Proposed] Liaison Counsel for Plaintiff*

ROBBINS UMEDA LLP
Marc M. Umeda
mumeda@robbinsumeda.com
Gregory E. Del Gaizo
gdelgaizo@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*[Proposed] Lead Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| LANCE TEAGUE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALTERNATE ENERGY HOLDINGS, INC., DONALD L. GILLISPIE, and JENNIFER RANSOM,<br><br>Defendants. | Civil Action No. 1:10-cv-00634-BLW<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF PHILIP H. GORDON IN SUPPORT OF RICHARD MERTZ'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Philip H. Gordon, declare as follows:

I am a member of the bar of the State of Idaho, and I am a partner of the law firm of Gordon Law Offices, counsel for class member Richard Mertz, and proposed liaison counsel for proposed lead plaintiff and the class. I make this declaration in support of Richard Mertz's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal

- 2 -

knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:   Press Release, Rosen Law Firm, Investor Notice: The Rosen Law Firm Files Class Action on Behalf of Alternate Energy Holdings, Inc. Shareholders (Jan. 7, 2011);

Exhibit B:   Certification of Plaintiff Pursuant to Federal Securities Law, Richard Mertz (Mar. 7, 2011);

Exhibit C:   Firm resume of Robbins Umeda LLP; and

Exhibit D:   Firm resume of Gordon Law Offices.

I declare under penalty of perjury, on this 8th day of March, 2011, under the laws of the United States of America that the foregoing is true and correct.

                                          s/Philip H. Gordon
                                          PHILIP H. GORDON