GORDON LAW OFFICES
Philip H. Gordon, ISBN 1996
pgordon@gordonlawoffices.com
Bruce S. Bistline, ISBN 1988
bbistline@gordonlawoffices.com
623 W. Hays Street
Boise, ID 83702
Telephone: (208) 345-7100
Facsimile: (208) 345-0050

*[Proposed] Liaison Counsel for Plaintiff*

GOLDFARB BRANHAM LLP
Hamilton Lindley
hlindley@goldfarbbranham.com
Saint Ann Court
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201
Telephone: (214) 583-2233
Facsimile:  (214) 583-2234

*[Proposed] Lead Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE TEAGUE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALTERNATE ENERGY HOLDINGS, INC., DONALD L. GILLISPIE, and JENNIFER RANSOM,<br><br>Defendants. | Civil Action No. 1:10-cv-00634-BLW<br><br>CLASS ACTION<br><br>**DECLARATION OF PHILIP H. GORDON IN SUPPORT OF KERRY ROBBINS AND ALAN MASCORD'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Philip H. Gordon, declare as follows:

I am a member of the bar of the State of Idaho, and I am a partner of the law firm of Gordon Law Offices, counsel for class members Kerry Robbins and Alan Mascord, and proposed liaison counsel for proposed lead plaintiff and the class.  I make this declaration in support of Kerry Robbins and Alan Mascord's Motion for Appointment as Lead Plaintiff and

- 2 -

Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit 1:   Certification of Plaintiff Pursuant to Federal Securities Law, Alan Mascord (Jan. 3, 2011); Kerry L. Robbins (Dec. 30, 2010);

Exhibit 2:   Press Release, Rosen Law Firm, Investor Notice: The Rosen Law Firm Files Class Action on Behalf of Alternate Energy Holdings, Inc. Shareholders (Jan. 7, 2011); and

Exhibit 3:   Firm resume of Goldfarb Branham LLP.

I declare under penalty of perjury, on this 8th day of March, 2011, under the laws of the United States of America that the foregoing is true and correct.

                                                      _____s/Philip H. Gordon_____
                                                      PHILIP H. GORDON

Decl (Gordon).doc