# EXHIBIT 1

# View Lots: Fidelity Investments

**Fidelity.com** [Search] [Quotes]

Accounts & Trade | News & Insights | Research | Customer Service Guidance & Retirement | Open an Account  Log Out  Investment Products

Monday, January 3, 2011

Accounts & Trade  Portfolio  Positions                                             Help/Glossary

**SEP-IRA**

**View**
- Balances
- Positions
- Performance
- Orders
- History
- Statements/Records

**Act**
- Trade Stocks/ETFs
- Trade Mutual Funds
- Trade Fixed Income
- Trade Conditional
- Trade/View Baskets
- Trade Extended Hours
- Withdraw from IRA
- Convert to a Roth IRA
- Update Accounts/Features

**Analyze**
- Portfolio Analysis
- Bond & CD Analysis NEW
- Hypothetical Trade

## View Lots

**Account:** SEP-IRA

As of 01/01/2011, 2:27 AM ET | A A A

| Symbol | Description | Quantity | Closing Mkt Value | Cost | Net Change | Net Change % | Type |
|---|---|---|---|---|---|---|---|
| AEHI | ALTERNATE ENERGY HLDGS INC COM | 150,000.0000 | $12,000.00 | $123,970.92 | -$111,970.92 | -90.32% | Cash  Trade News Research |

**Open Lots**         Avg cost per share: $0.83

The information below is a summary of your open tax lots as of the prior business day's close.

| Date Acquired | Quantity | Cost per Share | Closing Mkt Value | Cost | Net Change | Net Change % |
|---|---|---|---|---|---|---|
| 05/14/2010 | 10,000.0000 | $0.82 | $800.00 | $8,157.95 | -$7,357.95 | -90.19% |
| 09/27/2010 | 2,357.0000 | $0.81 | $188.56 | $1,917.12 | -$1,728.56 | -90.16% |
| 09/27/2010 | 87,643.0000 | $0.82 | $7,011.44 | $71,429.05 | -$64,417.61 | -90.18% |
| 09/28/2010 | 1,000.0000 | $0.83 | $80.00 | $827.95 | -$747.95 | -90.34% |
| 09/29/2010 | 1,500.0000 | $0.84 | $120.00 | $1,252.95 | -$1,132.95 | -90.42% |
| 09/29/2010 | 47,000.0000 | $0.85 | $3,760.00 | $39,957.95 | -$36,197.95 | -90.59% |
| 09/30/2010 | 500.0000 | $0.86 | $40.00 | $427.95 | -$387.95 | -90.65% |

Fidelity provides Cost and associated Net Change ($ and %) information to you as a courtesy service. Retirement account Cost and associated Net Change information should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investments in the security (not including reinvestments of dividends or capital gains). Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon the Cost information provided herein. Unless otherwise specified, for all securities, Fidelity determines cost at the time of sale using a first-in, first-out (FIFO) methodology.

Fidelity's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale, disallowed loss, stock split, stock merger, etc., is an event. For some customers, this limit can be reached with approximately 1500 events. Cost basis information for events beyond that limit will usually show as "not available" or "unknown". In addition, any cost basis information shown may be outdated due to events occurring after the limit is exceeded. Once the limit is reached, all cost basis information for the affected position will need to be tracked and updated by the investor. Of course, investors will continue to receive confirms and account statements reflecting current transactions in their accounts. If you are uncertain if you have reached, or are near, the lifetime limit on a particular security position in your account, contact your Fidelity representative for more details.

If specific shares were selected manually rather than electronically, cost basis and gain/loss information displayed will be based on the first-in, first-out (FIFO) calculation method. You will need to refer to your trade confirmation for the lot(s) you selected, and calculate your gain/loss accordingly. In addition, you may need to re-calculate cost basis and gain (loss) information for other positions that were based on the first-in, first-out method to remove the effect of any tax lots that were specifically identified and allocated to other sales.



© 1998 – 2011 FMR LLC.
All rights reserved.
Terms of Use | Privacy | Security | Site Map

Fidelity.com | Search | Quotes | Customer Service | Open an Account | Log Out
Accounts & Trade | News & Insights | Research | Guidance & Retirement | Investment Products

Monday, January 3, 2011

Accounts & Trade  Portfolio  Positions                                                        Help/Glossary

## View Lots

**Account:** JOINT WROS

As of 01/01/2011, 2:27 AM ET | A A A

**JOINT WROS**

**View**
- Balances
- Positions
- Performance
- Orders
- History
- Tax Info (Year-to-Date)
- Statements/Records

**Act**
- Trade Stocks/ETFs
- Trade Mutual Funds
- Trade Fixed Income
- Trade Conditional
- Trade/View Baskets
- Trade Extended Hours
- Transfer Money/Shares
- Withdraw Money
- Update Accounts/Features
- Pay Bills

**Analyze**
- Portfolio Analysis
- Bond & CD Analysis NEW
- Hypothetical Trade

| Symbol | Description | Quantity | Closing Mkt Value | Total Cost Basis | Unrealized Gain/Loss | Unrealized Gain/Loss % | Type | |
|---|---|---|---|---|---|---|---|---|
| AEHI | ALTERNATE ENERGY HLDGS INC COM | 11,705.0000 | $936.40 | $9,604.35 | -$8,667.95 | -90.25% | Cash | Trade News Research |

**Open Lots**   Closed Lots

**Short-Term**        Avg cost basis/share: $0.82

The information below is a summary of your open tax lots as of the prior business day's close.

| Date Acquired | Quantity | Cost Basis per Share | Closing Mkt Value | Cost Basis | Unrealized Gain/Loss | Unrealized Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|
| 05/14/2010 | 55.0000 | $0.94 | $4.40 | $51.95 | -$47.55 | -91.53% | Short |
| 05/14/2010 | 5,000.0000 | $0.83 | $400.00 | $4,157.95 | -$3,757.95 | -90.38% | Short |
| 09/27/2010 | 6,650.0000 | $0.81 | $532.00 | $5,394.45 | -$4,862.45 | -90.14% | Short |

** In the case of a short sale, total cost ordinarily equals the cost of the asset (including commissions, if any) when purchased for delivery when the sale is closed or covered. However, as cost basis is unknown until the date the short sale is closed or covered, the value Fidelity reports in the Cost Basis column is equal to the price at which the short sale was transacted (total sales proceeds). When calculating the unrealized gain/loss, Fidelity adds the negative value reported in the Closing Mkt Value Column to the positive value reported in the Cost Basis column.

- Fidelity-provided estimated cost basis (including cost basis and short sale proceeds information provided to Fidelity by customers) gain/loss and holding period information may not reflect all adjustments necessary for tax reporting purposes. You should verify such information against your own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. Fidelity does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information you may be required to report to federal, state, and other taxing authorities. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other unrestricted securities and for foreign currencies. Consult a tax adviser for further information.

If securities held in your account are restricted for sale under your company's stock plan rules, Fidelity will use the FIFO method for lots available for sale.

For holdings purchased in a currency other than USD, the cost basis provided in USD was determined by converting the foreign currency cost into USD based on exchange rates on the trade date of purchase. For tax reporting purposes, you may be required to determine your actual USD cost basis based on exchange rates on the settlement date of purchase. Consult a tax advisor for further information.

Fidelity's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale, disallowed loss, stock split, stock merger, etc., is an event. For some customers, this limit can be reached with approximately 1500 events. Cost basis information for events beyond that limit will usually show as "not available" or "unknown". In addition, any cost basis information shown may be outdated due to events occurring after the limit is exceeded. Once the limit is reached, all cost basis information for the affected position will need to be tracked and updated by the investor. Of course, investors will continue to receive confirms and account statements reflecting current transactions in their accounts. If you are uncertain if you have reached, or are near, the lifetime limit on a particular security position in your account, contact your Fidelity representative for more details.

If specific shares were selected manually rather than electronically, cost basis and gain/loss information displayed will be based on the first-in, first-out (FIFO) calculation method. You will need to refer to your trade confirmation for the lot(s) you selected, and calculate your gain/loss accordingly. In addition, you may need to re-calculate cost basis and gain (loss) information for other positions that were based on the first-in, first-out method to remove the effect of any tax lots that were specifically identified and allocated to other sales.

For certain foreign security holdings, Unrealized USD Gain/Loss is broken down into market gain/loss and currency fluctuation components for informational purposes only. The market gain/loss and currency fluctuation components should not be used for tax reporting purposes. For details regarding how market gain/loss and currency fluctuation were calculated, please refer to Help/Glossary.

Fidelity

© 1998 – 2011 FMR LLC.
All rights reserved.
Terms of Use | Privacy | Security | Site Map



Plaintiff's Certification of Investment of
Alternate Energy Holdings, Inc.

I, Alan Mascord, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in AEHI that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| See | Statements | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this 3 day of Jan., 2011.

_Alan Mascord_
Signature

_Alan Mascord_
Printed Name

Return to:
Goldfarb Branham LLP
2501 N. Harwood, Ste. 1801
Dallas, TX 75201
(877) 583-2855 Toll Free
(214) 583-2233 Telephone
(214) 583-2234 Fax
hlindley@goldfarbbranham.com

Exhibit A

**Scottrade**

Your last login was: 12/30/2010 10:35:33 AM ET

Home | Trade | My Account | Quotes & Research | Knowledge Center

Hello, KERRY LEE ROBBINS

Detailed Quote: [ ] Go

? Help   • Tutorial   Print

## Account History

- Balances
- Positions
- Watch Lists & Portfolios
- Gain/Loss & Tax Center
- Account History
- Order Status
- Deposits
- Withdrawals
- Bank Deposit Program
- My Information & Preferences
- Alerts

Transactions   Confirmations   Account Statements   Tax Statements

Transaction History does not include today's transactions. Visit the page Help for more information

| Date | Transactions | Symbol | |
|---|---|---|---|
| All Available | All Types | aehi | Build Option Symbol |

Include: ☐ Bank Deposit Transactions

Select All or select the checkbox next to each transaction's symbol you wish to add to the selected Watch List.

Securities to Watch [ ] Add

Results No. 1 - 18 of 18 | Page 1 of 1

Export to Excel

| | Date | Symbol | Description | Commission/Fees | Interest | Amount | Avg Price |
|---|---|---|---|---|---|---|---|
| ☐ | 12/10/2010 | AEHI | BOUGHT 10000 SHARES OF AEHI AT $0.595 | ($29.75) | $0.00 | ($5,979.75) | No |
| ☐ | 12/10/2010 | AEHI | BOUGHT 10000 SHARES OF AEHI AT $0.595 | ($36.75) | $0.00 | ($5,986.75) | No |
| ☐ | 11/5/2010 | AEHI | SOLD 100 SHARES OF AEHI AT $0.60 | ($0.31) | $0.00 | $59.69 | No |
| ☐ | 11/5/2010 | AEHI | SOLD 2500 SHARES OF AEHI AT $0.60 | ($7.53) | $0.00 | $1,492.47 | No |
| ☐ | 11/5/2010 | AEHI | SOLD 200 SHARES OF AEHI AT $0.60 | ($0.61) | $0.00 | $119.39 | No |
| ☐ | 11/5/2010 | AEHI | SOLD 1000 SHARES OF AEHI AT $0.60 | ($3.02) | $0.00 | $596.98 | No |
| ☐ | 11/5/2010 | AEHI | SOLD 1200 SHARES OF AEHI AT $0.60 | ($10.62) | $0.00 | $709.38 | No |
| ☐ | 10/28/2010 | AEHI | SOLD 1700 SHARES OF AEHI AT $0.72 | ($6.15) | $0.00 | $1,217.85 | No |
| ☐ | 10/28/2010 | AEHI | SOLD 500 SHARES OF AEHI AT $0.72 | ($1.81) | $0.00 | $358.19 | No |
| ☐ | 10/28/2010 | AEHI | SOLD 3400 SHARES OF AEHI AT $0.72 | ($12.29) | $0.00 | $2,435.71 | No |
| ☐ | 10/28/2010 | AEHI | SOLD 550 SHARES OF AEHI AT $0.72 | ($1.99) | $0.00 | $394.01 | No |
| ☐ | 10/28/2010 | AEHI | SOLD 50 SHARES OF AEHI AT $0.72 | ($0.19) | $0.00 | $35.81 | No |
| ☐ | 10/28/2010 | AEHI | SOLD 1000 SHARES OF AEHI AT $0.72 | ($3.62) | $0.00 | $716.38 | No |
| ☐ | 10/28/2010 | AEHI | SOLD 2800 SHARES OF AEHI AT $0.72 | ($17.12) | $0.00 | $1,998.88 | No |
| ☐ | 10/25/2010 | AEHI | BOUGHT 15000 SHARES OF AEHI AT $0.79 | ($66.25) | $0.00 | ($11,916.25) | No |
| ☐ | 9/24/2010 | AEHI | SOLD 2500 SHARES OF AEHI AT $0.85 | ($10.66) | $0.00 | $2,114.34 | No |
| ☐ | 9/24/2010 | AEHI | SOLD 2500 SHARES OF AEHI AT $0.85 | ($17.67) | $0.00 | $2,107.33 | No |
| ☐ | 9/7/2010 | AEHI | BOUGHT 5000 SHARES OF AEHI AT $0.645 | ($23.13) | $0.00 | ($3,248.13) | No |

Quick Quote:
Symbol or Name [ ] Go
Find Symbol
Build Option Symbol
DJIA 11,371.07 -14.31
NASDAQ 2,664.78 -2.15
S&P 500 1,257.84 -1.84

Market Closes: 1hr 59min
12/30/2010 2:01 PM ET

Text Size: A A A

Authorized account login and access indicates customer's consent to the Brokerage Account Agreement. Such consent is effective at all times when using this site. Unauthorized access is prohibited.

Brokerage products and services offered by Scottrade, Inc. - Member FINRA and SIPC.

© Copyright 2010 Scottrade. All Rights Reserved.

Plaintiff's Certification of Investment of
Alternative Energy Holdings, Inc.

I, Kerry L. Robbins, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in AEHI that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 10,000 | 12/10/2010 | .595 | Common | | | |
| 10,000 | 12/10/2010 | .595 | Common | | | |
| (See exhibit A) | | | | | | |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this 30th day of December, 2010.

_Kerry L. Robbins_
Signature

_Kerry L. Robbins_
Printed Name

Return to:
Goldfarb Branham LLP
2501 N. Harwood, Ste. 1801
Dallas, TX 75201
(877) 583-2855 Toll Free
(214) 583-2233 Telephone
(214) 583-2234 Fax
hlindley@goldfarbbranham.com