**GORDON LAW OFFICES**
Philip Gordon, ISBN 1996
Bruce S. Bistline, ISBN 1988
623 W. Hays St.
Boise, Idaho 83702
Telephone: (208) 345-7100
Fax: (208) 345-0050
Email: pgordon@gordonlawoffices.com
Email: bbistline@gordonlawoffices.com

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq.
Timothy W. Brown, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: tbrown@rosenlegal.com
Email: pkim@rosenlegal.com

Attorneys for Lead Plaintiff and the Class

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| LANCE TEAGUE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ALTERNATE ENERGY HOLDINGS, INC., DONALD L. GILLISPIE, AND JENNIFER RANSOM,<br><br>Defendants. | Case No.: 1:10-cv-00634-BLW<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Court's Preliminary Approval and Notice Order of July 20, 2012, on October 31, 2012, at 3:00 p.m, or as soon thereafter as counsel may be heard, at the U.S. District Court, District of Idaho, 550 W. Fort Street, Boise, Idaho 10016, before the Honorable B. Lynn Winmill, United States District Judge, Plaintiffs, through their Counsel, will move for approval of the class action Settlement and the Plan of Allocation of settlement proceeds. Plaintiffs' motion is based on the Memorandum Of Points And Authorities In Support Of Final Approval Of Class Action Settlement And Plan Of Allocation; the Declaration of Laurence M. Rosen in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Expenses; the Stipulation and Agreement of Settlement dated July 16, 2012; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. An additional copy of the parties' [Proposed] Final Judgment and Order of Dismissal is filed herewith.

Dated: October 1, 2012

Respectfully submitted,

**GORDON LAW OFFICES**

__/s Philip Gordon________________
Philip Gordon, ISBN 1996
Bruce S. Bistline, ISBN 1988
623 W. Hays St.
Boise, Idaho 83702
Telephone: (208) 345-7100
Fax: (208) 345-0050
Email: pgordon@gordonlawoffices.com
Email: bbistline@gordonlawoffices.com
-and-

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen, Esq.
Timothy W. Brown, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: tbrown@rosenlegal.com
Email: pkim@rosenlegal.com

Attorneys for Lead Plaintiff and the Class

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of October, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Philip C. Kim, pkim@rosenLeal,com
Attorney for Plaintiff Lance Teague, Jerry Pehlke, Jr., and Cammi R. Veenstra
Douglas G. Thompson, Dthompson@finkelsteinthompson.ccr
Attorney for Plaintiff John O'Brien
Michael G. McLellan, MMcLellan@lifinkelsteinthompson.com
Attorney for Plaintiff John O'Brien
Thomas M. Gottschlich, Tgottschlich@finkelsteinthonipson.com
Attorney for Plaintiff John O'Brien
Charles F. Peterson, Jr., chaspete@qwestoffice.net
Attorney for Defendant Jennifer Ransom
John Janis
Attorney for Defendant Donald L. Gillispie
Richard Roth
Attorney for Defendant Donald L. Gillispie

_______________/s/_______________
Philip Gordon