**GORDON LAW OFFICES**
Philip Gordon, ISBN 1996
Bruce S. Bistline, ISBN 1988
623 W. Hays St.
Boise, Idaho 83702
Telephone: (208) 345-7100
Fax: (208) 345-0050
Email: pgordon@gordonlawoffices.com
Email: bbistline@gordonlawoffices.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Attorneys for Lead Plaintiff and the Class

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| LANCE TEAGUE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ALTERNATE ENERGY HOLDINGS, INC., DONALD L. GILLISPIE, AND JENNIFER RANSOM,<br><br>Defendants. | Case No.: 1:10-cv-00634-BLW<br><br>**NOTICE OF MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

PLEASE TAKE NOTICE that on October 7, 2013 at 10:00 a.m. the undersigned counsel for court appointed Lead Plaintiff Jerry Pehlke, Jr. and named Plaintiffs Lance Teague and Cammi Veenstra (collectively "Plaintiffs") shall move, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, before the Honorable B. Lynn Winmill, United States District Judge for the District of Idaho, 550 W. Fort Street, Boise, Idaho 83724, for entry of an Order: (a) approving the administrative determinations of Strategic Claim Services ("SCS"), accepting and rejecting claims submitted as recommended herein and in the Affidavit of Paul Mulholland CPA, CVA Concerning Administrative Procedures Performed to Process and the Results Thereof ("Mulholland Affidavit"); (b) directing payment of administrative costs and fees incurred and to be incurred in connection with services performed and to be performed with respect to administration of the Settlement Fund; and (c) directing distribution of the Net Settlement Fund, after deduction of payments requested herein, to Authorized Claimants. This motion is based upon the accompanying Memorandum of Points and Authorities and the Declaration of Laurence Rosen in support thereof, all other pleadings and matters of record, and such additional evidence or argument as may be requested by the Court.

Dated: April 21, 2014

Respectfully submitted,

**GORDON LAW OFFICES**

_____/s Philip Gordon_________
Philip Gordon, ISBN 1996
Bruce S. Bistline, ISBN 1988
623 W. Hays St.
Boise, Idaho 83702
Telephone: (208) 345-7100
Fax: (208) 345-0050
Email: pgordon@gordonlawoffices.com
Email: bbistline@gordonlawoffices.com
-and-

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Attorneys for Lead Plaintiff and the Class

## CERTIFICATE OF SERVICE

I, Philip Gordon, hereby declare under penalty of perjury as follows:

I am attorney with the Gordon Law Offices, with offices at 623 W. Hays Street, Boise, Idaho 83702. I am over the age of eighteen.

On April 21, 2014, I caused the electronic filing of the following **NOTICE OF MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on April 21, 2014

/s/ Philip Gordon